JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>ARCP UO PORTFOLIO II, LP, a Delaware limited partnership; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-07783-SVW-JPR<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 30, 2021<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant ARCP UO Portfolio II LP is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 7, 2022

Hon. Stephen V. Wilson
United States District Judge